IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| POTOMAC CONFERENCE CORPORATION OF SEVENTH-DAY ADVENTISTS d/b/a TAKOMA ACADEMY, | * * * * * | |
| Plaintiff, | * * | |
| vs. | * * | Civ. No. DKC-13-1128 |
| TAKOMA ACADEMY ALUMNI ASSOCIATION, INC., et al. | * * * | |
| Defendants. | * * | |

## CONSENT ORDER

The Motion for Preliminary Injunction filed by Plaintiff Potomac Conference Corporation of Seventh-day Adventists doing business as Takoma Academy ("Takoma Academy") came on for a hearing on August 22 and 23, 2013. After examining the pleadings and all other papers on file in this action, and after considering the evidence presented and the arguments of counsel, this Court entered a preliminary injunction on March 4, 2014. Subsequent to that date, Defendant Takoma Academy Alumni Association, Inc., later known as Tiger Alumni Association, Inc., and now known as Independent Academy Alumni Association, Inc. ("TAAA, Inc.") and Takoma Academy have reached an agreement wherein they consent to the issuance of the within Consent Order. For the reasons set forth in this Court's Memorandum Opinion dated March 4, 2014, and by consent of the parties and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is hereby entered as follows this 7th day of August, 2014:

1. TAAA, Inc. and its officers, directors, agents, servants, employees, and all persons acting in concert therewith who receive actual notice of this Order, be and hereby ARE ENJOINED from:

   a. Using the names "Takoma Academy," "TA," "Takoma Academy Alumni Association," and "TAAA" in any manner that is likely to cause confusion or suggest that its goods or services originate with, or are sponsored by, endorsed by, or affiliated with Plaintiff in violation of 15 U.S.C. § 1114 and 15 U.S.C. § 1125 or the common law, including, without limitation, in connection with the advertising, promotion or sale of any product or service, solicitation of contributions or fundraising, as a logo on Facebook or LinkedIn or any other website, and including, without limitation, on all signs, advertising materials, letters, emails, forms, or any other articles.

   b. Operating TAalumni.org website, or any other website whose domain name contains the words "Takoma Academy," "TA," "Takoma Academy Alumni Association," and "TAAA;" and

   c. Committing any act that infringes the "Takoma Academy," "TA," "Takoma Academy Alumni Association," and "TAAA" marks.

2. This Order shall not be construed to prohibit any member of TAAA, Inc. or any alumnus of Takoma Academy from representing that he or she attended Takoma Academy or graduated from Takoma Academy provided that doing so does not violate Section 1(a) of this Order.

3. Additionally, in accordance with the agreement reached by the parties, immediately upon the date of entry of this Order, TAAA, Inc. shall transfer to Takoma Academy all databases and other information obtained from Rick Feldmann and/or Takoma Academy.

2

4. This Consent Order shall constitute a judgment against TAAA, Inc. only with regard to Count I of Plaintiff's Complaint. The Court hereby denies all remaining relief requested in Count I. With regard to Counts III and IV of the Complaint, the same are hereby dismissed with prejudice.

5. Court II is hereby dismissed with prejudice as are all other claims against Co-Defendant Henry Pittman.

6. Each party shall bear its own costs, including attorneys' fees.

7. This is a final judgment. Any and all relief not expressly granted herein is hereby denied.

8. The within permanent injunction shall remain in full force and effect until modified by order of this Court.

*[signature]*
Deborah K. Chasanow, Chief Judge
United States District Court for the District of Maryland

FILED ___ ENTERED
LOGGED ___ RECEIVED
AUG 7 2014
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

CONSENTED TO:

August 6, 2014

                                              
H. Dean Bouland, Bar No. 01686
Carrie M. Freeman, Bar No. 28527
Bouland & Brush, LLC
201 N. Charles Street, Suite 2400
Baltimore, Maryland 21201
Telephone: 410.752.6000
Facsimile: 410.625.3859
dean.bouland@boulandlaw.com
carrie.freeman@boulandlaw.com
*Attorneys for Plaintiff*

August 6, 2014

                                              
James B. Astrachan, Bar No. 03566    *by permission*
Christopher J. Lyon, Bar No. 27443
ASTRACHAN GUNST THOMAS, P.C.
217 East Redwood Street, Suite 2100
Baltimore, Maryland 21202
Telephone: 410.783.3550
Facsimile: 410.783.3530
jastrachan@agtlawyers.com
clyon@agtlawyers.com
*Attorneys for Plaintiff*

August 6, 2014

                                              
R. Manny Montero, Bar No. 14911
Michael A. Ostroff, Bar No. 17803
Jude Wikramanayake, Bar No. 15161
Montero Law Group, LLC
Executive Court
1738 Elton Road, Suite 105
Silver Spring, MD 20903
Telephone: 301.588.8100
Facsimile: 301-588-8101
mmontero@monterolawgroup.com
mostroff@monterolawgroup.com
jwikramanayake@monterolawgroup.com
*Attorneys for Defendants*

4